THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD J. McCORMICK, Defendant-Appellant.

(No. 71-268;

Second District—August 16, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

William R. Ketcham, State's Attorney, of Geneva, (W. Ben Morgan, Assistant State's Attorney, of counsel,) for the People.